SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone:   (408) 535-5082
    Facsimile:   (408) 535-5081
    Claire.Cormier@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PAULINE VELEZ, | ) | No. C 02-0337 EMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL W. WYNNE, SECRETARY, U.S. DEPARTMENT OF AIR FORCE, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

    The parties to this action, through their attorneys of record, hereby stipulate and agree that the above-referenced action against Michael W. Wynne, Secretary of the United States Department of the Air Force, is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a), and subject to the implementation of the settlement agreement entered into by the parties to this action.

    IT IS SO STIPULATED.

                                                          Respectfully submitted,

                                                          SCOTT N. SCHOOLS
                                                          United States Attorney

Dated: May 23, 2007                                 /s/
                                                         CLAIRE T. CORMIER
                                                          Assistant United States Attorney
                                                          Counsel for the Federal Defendant

1 | MINAMI TAMAKI, LLP

3 | Dated: May 18, 2007                      /s/
                                          JACK W. LEE
                                          Counsel for Plaintiff

7 | IT IS SO ORDERED:



EDWARD
U.S. MA
JUDGE

STIPULATION OF DISMISSAL
C- 02-0337 EMC                                                                   2